**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCS PEARSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVVAS LEARNING COMPANY, LLC, <br><br> Defendant. | Case No. 1:21-cv-10773 <br><br> **PLAINTIFF NCS PEARSON, INC.'S** <br> **RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiff NCS Pearson, Inc. ("Pearson") certify that, to the best of my knowledge and belief, the following is true:

NCS Pearson, Inc. is 100% owned by PN Holdings, Inc. (a Delaware company) which is 100% owned by its ultimate parent, Pearson plc (a publicly traded UK company) or its subsidiary(ies).

These representations are made in order that the judges of this Court may determine the need for recusal.

Dated: December 16, 2021				Respectfully submitted,

							**ORRICK, HERRINGTON & SUTCLIFFE LLP**


							*/s/ Stephen Hall*

							Stephen Hall (*pro hac vice* pending)
							222 Berkley Street
							Suite 2000
							Boston, MA 02116
							(617) 880-1800
							stephen.hall@orrick.com

							William F. Stute (*pro hac vice* forthcoming)
							Monica A. Svetoslavov (*pro hac vice* pending)
							1152 15th Street N.W.
							Washington, DC 20005
							(202) 339-8400
							wstute@orrick.com
							msvetoslavov@orrick.com

							*Attorneys for Plaintiff NCS Pearson, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on December 16, 2021, a true and correct copy of the foregoing was filed electronically using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: */s/ Stephen Hall*
Stephen Hall