**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCS PEARSON, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SAVVAS LEARNING COMPANY LLC,<br><br>        Defendant. | Case No. 1:21-cv-10773<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stephen Hall, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff NCS Pearson, Inc. in the above-captioned matter.

I am a member in good standing of the Bar of the Commonwealth of Massachusetts. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit and Certificate of Good Standing from the Supreme Judicial Court of Massachusetts pursuant to Local Rule 1.3.

Dated: December 16, 2021                    Respectfully submitted,

                                        */s/ Stephen Hall*
                                        Stephen Hall
                                        ORRICK HERRINGTON & SUTCLIFFE LLP
                                        222 Berkeley Street
                                        Suite 2000
                                        Boston, MA 02116
                                        Telephone: (617) 880-2234
                                        Email: stephen.hall@orrick.com

                                        ***Attorney for Plaintiff NCS Pearson, Inc.***