## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCS PEARSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVVAS LEARNING COMPANY LLC, <br><br> Defendant. | Case No. 1:21-cv-10773 <br><br> **AFFIDAVIT OF STEPHEN HALL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Stephen Hall, being duly sworn, hereby deposes and says:

1. I am a member of the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I submit this affidavit in support of my motion to admit counsel *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the Commonwealth of Massachusetts since November of 2010. A certificate of good standing is attached hereto as Exhibit A.

4. I have never been convicted of a felony or been the subject of any criminal conviction.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Plaintiff NCS Pearson, Inc.

_____
Stephen Hall

Sworn to before me
this 10th day of December, 2021

_____
Notary Public

Lynne P. Sollis
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
June 3, 2027