UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCS PEARSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVVAS LEARNING COMPANY LLC, <br><br> Defendant. | Case No. 1:21-cv-10773 <br><br> **[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Stephen Hall for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Massachusetts and that his contact information is as follows:

    Applicant's Name:  Stephen Hall
    Firm Name:  Orrick, Herrington & Sutcliffe LLP
    Address:  222 Berkeley Street, Suite 2000
    City/State/Zip:  Boston, MA 02116
    Telephone:  (617) 880-2234
    Fax:  (617) 880-1801
    Email:  stephen.hall@orrick.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff NCS Pearson, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2021        _____
                                                       United States District Judge