# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCS PEARSON, INC., <br><br>    Plaintiff, <br><br>v. <br><br>SAVVAS LEARNING COMPANY LLC, <br><br>    Defendant. | Case No. 1:21-cv-10773 <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Monica A. Svetoslavov, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff NCS Pearson, Inc. in the above-captioned matter.

  I am a member in good standing of the Bars of the District of Columbia and State of New York. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit and Certificates of Good Standing from the Appellate Division of the Supreme Court of the State of New York and from the District of Columbia Court of Appeals pursuant to Local Rule 1.3.

Dated: December 16, 2021

                Respectfully submitted,

                */s/ Monica A. Svetoslavov*
                Monica A. Svetoslavov
                ORRICK HERRINGTON & SUTCLIFFE LLP
                1152 15th Street, N.W.
                Washington, DC 20005
                Telephone: (202) 339-8400
                Email: msvetoslavov@orrick.com

                ***Attorney for Plaintiff NCS Pearson, Inc.***