## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCS PEARSON, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>SAVVAS LEARNING COMPANY LLC,<br><br>                    Defendant. | Case No. 1:21-cv-10773<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Monica A. Svetoslavov for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the state of New York and the District of Columbia and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Monica A. Svetoslavov |
| Firm Name: | Orrick, Herrington & Sutcliffe LLP |
| Address: | 1152 15th Street, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone: | (202) 339-8400 |
| Fax: | (202) 339-8500 |
| Email: | msvetoslavov@orrick.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff NCS Pearson, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2021          _____
                                                                            United States District Judge