```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCS PEARSON, INC., <br><br>                    Plaintiff, <br><br>        - against - <br><br> SAVVAS LEARNING CO. LLC, <br><br>                    Defendant. | 21 Civ. 10773(VM) <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than March 31, 2023, addressing the following in separate paragraphs: (1) the prospect for settlement; and (2) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: 13 March 2023
       New York, New York

_____
Victor Marrero
U.S.D.J.